IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS RENTERIA,                       No. C 09-5230 CW (PR)

    Petitioner,                JUDGMENT

  v.

A. HEDGPETH, Warden,

    Respondent.
_____/

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED: 3/13/2012

                       CLAUDIA WILKEN
                       United States District Judge